JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Javier Guzman, individually and on behalf of all others similarly situated

### DEFENDANTS
Escallate, LLC

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Cary L. Flitter, Esq., Andrew Milz, Esq., Jody López-Jacobs, Esq.
Flitter Milz, P.C., 450 N. Narberth Avenue, Narberth, PA 19072, (610) 266-7863

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692
Brief description of cause:
Violation of Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE 12/13/17    SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| JAVIER GUZMAN, individually & on behalf of all others similarly situated | : | CIVIL ACTION |
| v. | : | |
| ESCALLATE, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases) (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

12/13/17                                              Andrew M. Milz
**Date**               **Attorney at Law**            **Attorney for Plaintiff**

610-822-0781           610-667-0552                   amilz@consumerslaw.com
**Telephone**          **Fax Number**                 **E-Mail Address**
(Civ. 660) 10/02

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __12521 Biscayne Drive, Philadelphia, PA 19154__

Address of Defendant: __50 West Broad Street, Ste 1330, Columbus, OH 43215__

Place of Accident, Incident or Transaction: __Philadelphia, PA 19154__
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒
RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __Fair Debt Collection Practices Act__

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

ARBITRATION CERTIFICATION
(Check Appropriate Category)
I, __ANDREW M. MILZ__, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: __12/13/17__    _____    __207715__
                       Attorney-at-Law    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __12/13/17__    _____    __207715__
                       Attorney-at-Law    Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVIER GUZMAN, *individually and on behalf of all others similarly situated*<br>12521 Biscayne Drive<br>Philadelphia, PA 19154<br>　　　　　　　　　Plaintiff<br><br>vs.<br><br>ESCALLATE, LLC<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215<br>　　　　　　　　　Defendant | CIVIL ACTION<br><br><br><br><br>NO. |

## CLASS ACTION COMPLAINT

**I.　INTRODUCTION**

1. The FDCPA prohibits debt collectors from engaging in deceptive and unfair practices in the collection of a consumer debt.

2. Consistent with Congress's privacy concerns, the FDCPA prohibits debt collectors from including "any language or symbol," except the debt collector's address and, in some cases, business name, "on any envelope." 15 U.S.C. § 1692f(8).

3. Defendant mailed to Plaintiff and the putative class of Philadelphia consumers collection correspondence bearing a bar code symbol. When scanned, the bar code reveals personal identifying information.

4. Defendant is subject to strict liability for sending a collection letter which violates the provisions of the FDCPA.

**II.　JURISDICTION**

5. Jurisdiction arises under 15 U.S.C. § 1692k, and 28 U.S.C. § 1331.

## III. **PARTIES**

6.  Plaintiff Javier Guzman ("Plaintiff") is a consumer who resides in Philadelphia, Pennsylvania at the address captioned.

7.  Defendant Escallate, LLC ("Escallate") is an Ohio collection firm, which has an office for the regular transaction of business at the address captioned.

8.  Defendant regularly engages in the collection of consumer debts in the Eastern District of Pennsylvania using the mails and telephone.

9.  Defendant regularly attempts to collect consumer debts alleged to be due another.

10. Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

## IV. **STATEMENT OF CLAIM**

11. On or about January 27, 2017, Escallate sent a collection letter to Plaintiff. The letter was addressed to "Javier Guzman" at the address captioned above. The letter was an effort to collect on a consumer debt. *See* Exhibit A, attached.

12. On the front of the envelope is a bar code that can be readily scanned. When scanned, the consumer's account number is revealed. *See id.*

13. 15 U.S.C. § 1692f(8) prohibits a collector from:

> "Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business."

14. The collection envelope utilized by Escallate displayed a symbol which conveyed private information, thereby violating this provision of the Act.

2

V.  **CLASS ALLEGATIONS**

15. Plaintiff brings this action on his own behalf and on behalf of a class designated pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

16. Plaintiff proposes to define the class (the "Class") as:

    a. All persons with addresses within the City of Philadelphia;

    b. who were sent one or more collection letter(s) from Defendant Escallate;

    c. attempting to collect a consumer debt;

    d. where the envelope displayed a bar code symbol on or visible through the window of the envelope that, when scanned, reveals the addressee's account number;

    e. where the letter(s) bears a send date December 13, 2016 through December 13, 2017.

17. The Class is believed to be so numerous that joinder of all members is impractical. This Complaint concerns mass-produced form collection letters.

18. There are questions of law or fact common to the Class. These include:

    a. Whether Defendant used any language or symbol on envelopes sent to consumers that reveal information other than the debt collector's address;

    b. Whether the presence of a bar code used on Defendant's collection correspondence violates § 1692f; and,

    c. Whether and what amount of statutory damages are recoverable by Plaintiff and the class for Defendant's violation.

19. Plaintiff's claims are typical of the claims of the Class. All are based on the same factual and legal theories, and there are no individualized issues.

20. Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has no interests antagonistic to those of the class and Plaintiffs' counsel is competent and experienced in consumer credit cases and class actions.

21. The questions of law or fact common to the Class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of this controversy. The Class members are consumer debtors, who may be unable to locate or afford to hire lawyers. Most are probably unaware that their rights, and the FDCPA, have been violated.

22. The Class may be certified under Fed. R. Civ. P. 23(b)(3), as such represents a superior method for the fair and efficient adjudication of this controversy in that:

   a. Congress specifically contemplated FDCPA class actions as a principal means of enforcing the statute by private attorneys general. 15 U.S.C. § 1692k.

   b. The interest of Class members in individually controlling the prosecution of separate claims against debt collectors is small because the maximum statutory damages available in an individual action under the Act is $1,000.00.

   c. This class action covering consumers within the geographic boundaries of the city of Philadelphia is likely to be easily manageable.

## VI.  COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

24. Defendant Escallate's collection tactics which entail use of the collection letter envelopes as described violates the provisions of the FDCPA, 15 U.S.C. § 1692f(8).

**WHEREFORE**, Plaintiff Javier Guzman asks that this matter be certified as a class action and demands judgment against Defendant Escallate, LLC. for:

(a) Awarding damages to Plaintiff and to the Class as provided in 15 U.S.C. § 1692k(a);

(b) Awarding Plaintiff and the Class their costs and reasonable attorney's fees; and

(c) Granting such other relief as may be deemed just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 12/13/17

CARY L. FLITTER, PA 35047
ANDREW M. MILZ, PA 207715
JODY LÓPEZ-JACOBS, PA 320522
Attorneys for Plaintiff

**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782
cflitter@consumerslaw.com
amilz@consumerslaw.com
jlopez-jacobs@consumerslaw.com

Exhibit "A"

| | **ESCALLATE** LLC | | |
|---|---|---|---|
| Toll Free: 866-449-6832 | | | 24 Hour Tele-Pay: |
| Fax: (330) 232-8168 | www.paypastdue.com | | (877) 237-7788 |

| | | | |
|---|---|---|---|
| Provider/Creditor: | AHN ER GROUP INDIANA CNTY, LTD | Account Nbr: | ███076 |
| Location: | INDIANA REGIONAL MEDICAL CNTR | Purchase/Service Date: | 10-13-16 |
| Amount Assigned: | $███ | Patient name | JAVIER GUZMAN |
| Accrued Interest: | $0.00 | | |
| Balance Due: | $███ | | |

Dear JAVIER GUZMAN

This letter has been sent to you by Escallate, LLC a collection agency. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

The account shown above has been listed with our office for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you have not contacted Escallate within 30 days after receiving this notice to dispute the validity of this debt and if your total debt is $50.00 or more, you are hereby notified that a negative credit report may be submitted to national credit reporting agencies if you fail to fulfill the terms of your credit obligations.

You may be charged a $20.00 Non-Sufficient Funds Fee for any payment that is not honored because sufficient funds are not available in the account on which the payment was drawn.

Open Monday through Friday 9:00 a.m. EST - 6:00 p.m. EST
SEND ONLY PAYMENTS TO: ESCALLATE, LLC • PO BOX 645425 • CINCINNATI OH 45264-5425
ALL OTHER MAIL TO: ESCALLATE, LLC • 5200 STONEHAM RD STE 200 • NORTH CANTON OH 44720

*DETACH AND RETURN THIS PORTION WITH PAYMENT*

DEPT 101A
PO BOX 3521
AKRON OH 44309-3521
ADDRESS SERVICE REQUESTED

[ ] Please check box if address is incorrect or changed, and indicate change(s) on reverse side

******MIXED AADC 440   4915 1 MB 0.423
004913
JAVIER GUZMAN
12521 BISCAYNE DR
PHILADELPHIA PA 19154-3014

IF PAYING BY CREDIT CARD, PLEASE CHECK CARD AND FILL OUT BELOW.
VISA [ ]   [ ]   [ ]   DISCOVER [ ]
CARD NUMBER                                              CVC CODE
SIGNATURE                                                EXP. DATE

| LETTER DATE | BALANCE DUE | ACCOUNT NUMBER |
|---|---|---|
| 01-27-17 | $███ | ███076 |

ESCALLATE
Toll Free: 866-449-6832
Fax: (330) 232-8168

SHOW AMOUNT PAID HERE  $

Send Payments To:
ESCALLATE, LLC
PO BOX 645425
CINCINNATI OH 45264-5425

